610

443 A.2d 398

General Motors v. Allstate Indemnity Co. et al.

Appeal of: Allstate Indemnity Co.

Argued April 1, 1981.  Joseph P. Selfridge, for appellant;  Margaret Mary King, for General Motors, appellee.  Daniel S. Lossing, for Continental Bank, appellee.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

The order dated December 7, 1979 is affirmed on the comprehensive opinion of Judge Latrone.

443 A.2d 398

Green, Appellant v. Fritz.

Submitted April 6, 1981.  Roger T. Margolis, for appellant;  Gordon J. Daghir, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is affirmed.